UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RENITA S. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV295 CDP |
| | ) |
| CHASE MANHATTAN | ) |
| AUTOMOTIVE FINANCE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM, ORDER COMPELLING ARBITRATION, AND ORDER OF DISMISSAL

Defendant Chase Manhattan Automotive Finance seeks to compel plaintiff Renita S. Robinson to arbitrate her dispute against it pursuant to 9 U.S.C. § 4. In support of its motion, Chase Manhattan relies upon the arbitration provision in the Retail Installment Contract entered into by the parties in which they both agreed to arbitrate any disputes arising out of the agreement. Robinson does not oppose arbitration pursuant to the terms of the contract. I will therefore compel Robinson to proceed to arbitration and will dismiss this case without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel arbitration [#12] is GRANTED, and plaintiff is ordered to submit this case to arbitration pursuant to the parties' agreement.

**IT IS FURTHER ORDERED** that this action is dismissed, without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2005.